312 So.2d 61

**Joseph Benjamin ROSS, alias**
**v.**
**STATE.**

5 Div. 258.

Court of Criminal Appeals of Alabama.

March 18, 1975.

Rehearing Denied April 22, 1975.

Cleveland Thornton, Tuskegge, Solomon S. Seay, Jr., Montgomery, for appellant.

William J. Baxley, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the State.

CATES, Presiding Judge.

Affirmed on authority of Lapesarde v. State, 54 Ala.App. 654, 312 So.2d 60, this day decided.

Affirmed.

All the Judges concur.